Kevin Kerr, OSB #080934
kevinkerr@schneiderlaw.com
Kerr Robichaux & Carroll
PO Box 14490
Portland, Oregon 97293
Phone: 503-255-9092
Fax: 503-255-9145
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| LINDA DARLENE CHRISTIANSON,<br>        Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br>        Defendant. | 3:19-cv-00347-AC<br><br>ORDER FOR ATTORNEY<br>FEES UNDER 42 U.S.C. § 406(b) |

The court finds and orders an attorney fee of $14,133.50 pursuant to 42 U.S.C. § 406(b). Such funds shall be paid to Kerr Robichaux & Carroll, PO Box 14490, Portland, OR 97293. The attorney fee of $2,073.03 allowed pursuant to the Equal Access to Justice Act will be refunded to Plaintiff upon counsel's receipt of the allowed 406(b) fee awarded.

Dated this 15th day of March, 2021.

_____
John V. Acosta
United States Magistrate Judge